Shannon A. DARDAR, Plaintiff–
Appellant

v.

AMERIQUEST MORTGAGE COMPANY; Deutsche Bank National Trust Company, Defendants–Appellees.

No. 11–30571
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 11, 2012.

Shannon A. Dardar, Mandeville, LA, pro se.

Anthony Joseph Rollo, Jr., Esq., McGlinchey Stafford, P.L.L.C., Baton Rouge, LA, Patrick Ryan Beckett, Esq., Butler, Snow, O'Mara, Stevens & Cannada, P.L.L.C., Ridgeland, MS, Victor John Franckiewicz, Jr., Butler, Snow, O'Mara, Stevens & Cannada, P.L.L.C., Gulfport, MS, for Defendants–Appellees.

Before JONES, Chief Judge, and HAYNES and GRAVES, Circuit Judges.

PER CURIAM: *

This appeal before us concerns tolling of prescriptive periods during bankruptcy proceedings and res judicata. We have carefully reviewed the briefs and the pertinent parts of the record and finding no reversible error of fact or law, we affirm for essentially the reasons given by the trial court. Moreover, the claims for

---

TILA violations and negligent misrepresentation are prescribed under Louisiana Law and 11 U.S.C. § 108.

**AFFIRMED**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.